UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re: Peoples Petroleum Group, Inc.
Debtor

Case No. 10-01120 BKT11
(BEK)
Chapter 11

MOTION SUBMITTING ALL DOCUMENTS SUBMITTED TO TRUSTEE

TO THE HONORABLE COURT:

COMES NOW ATTORNEY FOR DEBTOR AND WITH THIS HONORABLE COURT VERY RESPECTFULLY FILES THE ACCOMPANYING DOCUMENTS:

1- THE LISTED BELOW DECUMENTS WERE GIVEN TO THE TRUSTEE DURING THE IDI MEETING AND DEBTOR WISHES TO FILE THEM IN THIS CASE FOR THE INFORMATION OF ALL INTERESTED PARTIES.
2- DOCUMENTS INCLUDED WITH THIS MOTION:
    A-ESTIMATED PROFIT AND LOSS FOR JANUARY 2010
    B-BALANCE SHEET AS OF DECEMBER 31, V2008
    C- PROFIT AND LOSS JANUARY THROUGH DECEMBER 2008
    D-BALANCE SHEET AS OF DECEMBER 31, 2007
    E- PROFIT LOSS JANUARY THROUGH DECEMBER 2007
    F- PPG INC CASH BUDGET MARCH TO AUGUST 2010
    G- APPRAISAL OF PROPERTY AS OF FEBRUARY 17, 2010

    ALL OTHER DOCUMENTS ARE BEING PREPARED BY OUR NEW ACCOUNTANT, WHO HAS BEEN MEETING WITH THE COMPANY'S PRESIDENT TO BE ABLE TO SUBMIT AS SOON AS POSSIBLE ALL OTHER DOCUMENTS RELATED TO ACCOUNTING INFORMATION.

    WHEREFORE IT IS RESPECTFULLY REQUESTED FROM THIS HONORABLE COURT TO RECEIVE THE DOCUMENTS FILED HEREIN WITH THIS MOTION TO BE ABLE TO INFORM ALL PARTIES IN INTEREST.

RESPECTFULLY SUBMITTED THIS 24TH DAY OF MARCH 2010, IN SAN JUAN PUERTO RICO.

CERTIFICATE OF NOTICE: ALL PARTIES IN INTEREST WILL BE NOTIFIED VIA THE CM/ ECF DIGITAL SYSTEM.

S/HECTOR FIGUEROA VINCENTY
HECTOR J. FIGUEROA VINCENTY
EL BUFETE DEL PUEBLO P.S.C.
787-378-1154
USDC 120006
hector@elbufetedelpueblo.com
CALLE LUISA 61, SUITE 1 A
SAN JUAN , PUERTO RICO 00907

# People's Petroleum Group, Inc.
# Balance Sheet
## As of December 31, 2007

**ASSETS**
  **Current Assets**
    Checking/Savings

| | |
|---|---:|
| · Banco Popular 131-295365 | 29,905.03 |
| · Banco Popular 022-257349 | 695.55 |
| · Doral Bank | 5,138.30 |
| **Total Checking/Savings** | **35,738.88** |
| | |
| **Property, Plant and Equipment** | |
| · Property | 2,102,968.13 |
| **Total property, plant and equipment** | **2,102,968.13** |
| | |
| **Other Current Assets** | |
| · Inventory Asset | |
|   · Soda & Grocery Inventory | 8,611.65 |
|   · Cigarettes Inventory | 2,481.96 |
|   · Gasoline Inventory | 54,727.42 |
|   · Wash & Lub Inventory | 191.32 |
|   · Non Food Inventory | 958.66 |
|   · Liquor Inventory | 771.41 |
| **Total Inventory Asset** | **67,742.42** |
| **Total Other Current Assets** | **67,742.42** |
| | |
| **Total Current Assets** | **2,206,449.43** |
| | |
| **Other Assets** | |
| · Deferred Charges | 1,700.00 |
| · Equipment | 35,945.00 |
| **Total Other Assets** | **37,645.00** |
| | |
| **TOTAL ASSETS** | **2,244,094.43** |
| | |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         · Accounts Payable Merchandise | 18,625.85 |
|         · Accounts Payable Doral | 1,914,336.07 |
|         · Accounts Payable Refinery | 99,567.52 |
|       **Total Accounts Payable** | **2,032,529.44** |
| | |
|       Other Current Liabilities | |
|         · Linea Doral | 135,000.00 |
|         · Linea Popular | 50,000.00 |
|         · Payroll Liabilities | |
|           · FICA Payable | 1,001.95 |
|           · Medical Plan Payable | 760.56 |
|         **Total Payroll Liabilities** | **1,762.51** |
| | |
|         · Sales Tax Payable | |
|           · City Tax | 125.25 |
|           · IVU Tax | 2,412.96 |
|         **Total Sales Tax Payable** | **2,538.21** |

## People's Petroleum Group, Inc.
## Balance Sheet
### As of December 31, 2007

|  |  |
|---|---:|
| Total Other Current Liabilities | 189,300.72 |
| Total Current Liabilities | 2,221,830.16 |
| Total Liabilities | 2,221,830.16 |
| Equity |  |
| · Opening Bal Equity | 104,890.98 |
| · Net Income | -82,626.71 |
| Total Equity | 22,264.27 |
| **TOTAL LIABILITIES & EQUITY** | **2,244,094.43** |

# People's Petroleum Group, Inc.
## Profit Loss
### January through December 2007

|  |  |
|---|---:|
| 6245 · Miscellaneous | 0.00 |
| 6300 · Office Expenses |  |
|     6340 · Office Supplies | 3,818.88 |
|     6350 · Postage and Delivery | 161.53 |
|     6360 · Printing and Reproduction | 312.69 |
|     6370 · Communications | 23,629.89 |
|     6300 · Office Expenses - Other | 186.22 |
| Total 6300 · Office Expenses | 28,109.21 |
| 6560 · Payroll Expenses |  |
|     6561 · FICA Exp | 8,518.26 |
|     6562 · Federal Unemployment | 793.77 |
|     6560 · Payroll Expenses - Other | 4,058.06 |
| Total 6560 · Payroll Expenses | 13,370.09 |
| 6570 · Professional Fees |  |
|     Legal Fees | 8,000.00 |
|     Managements Fees | 51,000.00 |
| Total 6570 · Professional Fees | 59,000.00 |
| 6575 · Contract Labor | 5,072.25 |
| 6600 · Rent office and shop | 49,097.30 |
| 6610 · Repairs and Maintenance |  |
|     6630 · Computer Repairs | 5,409.17 |
|     6610 · Repairs and Maintenance - Other | 33,860.05 |
| Total 6610 · Repairs and Maintenance | 39,269.22 |
| 6642 · Salaries Expense | 135,348.97 |
| 6645 · Security | 30,129.88 |
| 6650 · Taxes |  |
|     6651 · Municipal Tax | 4,489.18 |
| Total 6650 · Taxes | 4,489.18 |
| 6655 · Tank and Testing | 300.02 |
| 6660 · Telephone | 5,682.54 |
| 6670 · Transportation | 4,200.00 |
| 6700 · Travel & Ent | 35.00 |
| 6900 · Utilities | 50,469.40 |
| 7000 · Uniforms | 444.40 |
| **Total Expense** | 551,238.95 |
| **Net Ordinary Income** | -78,785.89 |
| Other Income/Expense |  |
|     Other Income |  |
|         7030 · Other Income | 1,500.00 |
|     Total Other Income | 1,500.00 |
|     Other Expense |  |
|         8010 · Expenses no cover by insurance | 5,340.82 |
|     Total Other Expense | 5,340.82 |
| **Net Other Income** | -3,840.82 |
| **Net Income** | **-82,626.71** |

# People's Petroleum Group, Inc.
# Profit Loss
## January through December 2007

|  | Jan - Dec 07 |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **4000 · Sales** | |
|       4010 · Soda Sales | 209,692.81 |
|       4020 · Cigarettes Sales | 139,269.18 |
|       4030 · Gasoline Sales | 11,065,406.70 |
|       4040 · Auto's Products Sales | 21,703.11 |
|       4050 · Non Food Sales | 14,414.48 |
|       4060 · Liquor Sales | 32,604.08 |
|       4070 · Coffee Sales | 1,238.07 |
|       4090 · Prepaid Cards Sales | 26,675.00 |
|       4092 · Miscellaneous | 1,328.73 |
|       4000 · Sales - Other | 9,800.00 |
|     **Total 4000 · Sales** | 11,522,132.16 |
|   **Total Income** | 11,522,132.16 |
|   **Cost of Goods Sold** | |
|     **5100 · Purchases** | |
|       5110 · Soda Purchases | 145,162.90 |
|       5120 · Cigarettes Purchases | 102,126.58 |
|       5130 · Gasoline Purchases | 10,722,050.80 |
|       5140 · Auto's Products Purchases | 12,786.89 |
|       5150 · Non Food Purchases | 12,618.17 |
|       5160 · Liquor Purchases | 27,667.45 |
|       5170 · Coffee Purchases | 2,508.84 |
|       6137 · Prepaid Charges | 24,757.47 |
|     **Total 5100 · Purchases** | 11,049,679.10 |
|   **Total COGS** | 11,049,679.10 |
| **Gross Profit** | 472,453.06 |
|   **Expense** | |
|     6130 · Bank Service Charges | 3,193.18 |
|     6135 · Charges - ATH | 22,712.55 |
|     6136 · Charges - Visa | 14,379.57 |
|     6140 · Charitable Contributions | 400.00 |
|     6160 · Dues and Subscriptions | 1,770.00 |
|     6170 · Equipment Rental | 31,777.58 |
|     6175 · ATH Fees | 794.00 |
|     6176 · Fuel Expense | 22,436.77 |
|     6177 · Delivery | 308.00 |
|     6178 · Inspection Fees | 1,400.00 |
|     6179 · Amex Fees | 0.91 |
|     **6180 · Insurance** | |
|       6185 · Health Insurance | 8,425.00 |
|       6180 · Insurance - Other | 9,876.52 |
|     **Total 6180 · Insurance** | 18,301.52 |
|     **6200 · Interest Expense** | |
|       6210 · Reserve Interest Expense | 4,145.41 |
|       6200 · Interest Expense - Other | 250.00 |
|     **Total 6200 · Interest Expense** | 4,395.41 |
|     6230 · Licenses and Permits | 3,326.00 |
|     6235 · Marketing & Advertising | 1,027.00 |

# PEOPLE'S PETROLEUM GROUP INC

## CASH BUDGET MARCH-AUGUST –2010

|  | March | April | May | June | July | August |
|---|---|---|---|---|---|---|
| Gas sales | 110,000 usg | 140,000 | 169,000 | 150,000 | 175,000 | 205,000 |
|  | *.12 | *.105 | *.0975 | *0790 | *.085 | *.0750 |
|  | $13,200.00 | $14,700.00 | $16,477.50 | $11,850.00 | $14,875.00 | $15,375.00 |
| Shop | 18,000.00 | 22,000.00 | 23,000.00 | 25,500.00 | 28,500.00 | 31,000.00 |
|  | *40% | *40% | *40% | *40% | *40% | *40% |
|  | 5,700.00. | 8,800.00 | 9,200.00 | 10,200.00 | 11,400.00 | 12400.00 |
| Gross Income | $18,900.00 | $23,500.00 | $25,677.50 | $22,050.00 | $26,275.00 | $27,775.00 |

### Expenses

|  | March | April | May | June | July | August |
|---|---|---|---|---|---|---|
| Payroll | $6,148.00 | 6148.00 | 6,655.00 | 6148.00 | 6,148.00 | 6,660.00 |
| Taxes | 470.00 | 470.00 | 509.50 | 470.00 | 470.00 | 509.00 |
| Fuel exp | 245.00 | 245.00 | 255.00 | 270.00 | 270.00 | 285.00 |
| Office supplies | 60.00 | 60.00 | 60.00 | 60.00 | 65.00 | 65.00 |
| Phone internet | 178.00 | 178.00 | 185.00 | 185.00 | 180.00 | 190.00 |
| M&R | 65.00 | 65.00 | 65.00 | 65.00 | 65.00 | 65.00 |
| Accounting | -0- | 650.00 | 650.00 | 725.00 | 725.00 | 800.00 |
| Communications | 234.00 | 175.00 | 160.00 | 160.00 | 155.00 | 180.00 |
| AEE-AAA | -0- | 2800.00 | 2650.00 | 2750.00 | 3100.00 | 3,075.00 |
| Bank charges | 45.00 | 65.00 | 75.00 | 75.00 | 70.00 | 90.00 |
| Surveillance | 650.00 | 650.00 | 812.00 | 650.00 | 650.00 | 812.00 |
| Operating exp. | $8,095.00 | 11,506.00 | 12,076.50 | 11,558.00 | 11,898.00 | 12,731.00 |
| Management Contract | 5,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 |
| Total expenses | $13,595.00. | 19,006.00 | 19,576.50 | 19,058.00 | 19,398.00 | 20,231.00 |
| Net profit BT &int reserve | $5,305.00 | $4,494.00 | 6,101.00 | 2,992.00 | 6,877.00 | 7,544.00 |

# PEOPLES PETROLEUM GROUP INC

## RE: ACTUAL PROPERTY APPRAISAL AS OF February 17, 2010

### (values are estimated in accordance with Market conditions)

**Description**

Gasoline service station known as OPTIMUMPOWER HIGH OCTANE GASOLINE- PREMISES 2000.4 SQUARE METERS INCLUDING A CONVENIENCE STORE AND A POWER PLANT GENERATOR 100KWA.

| | |
|---|---:|
| Property appraisal May-2008 | |
| Performed by Algarin & Associates | $3,400,000.00 |
| Less market adjustment (trend down) | |
| During 2008-2009-2010 <23%> | (782,000.00) |
| Adjusted Market Value as of Feb-2010 | $2,618,000.00 |
| Versus bank debt as guaranteed with the Property | <2,475,826.00> |
| Net equity | $142,174.00 |

Equity determined is uncertain based on the fact that prospects has shown during the last two years and a half (2 ½) great difficulties in obtaining the necessary financing instruments through out all Banking Industry.

# People's Petroleum Group, Inc.
## Profit & Loss
### January through December 2008

| | |
|---|---:|
| · Equipment Rental | 14,555.76 |
| · ATH Fees | 192.78 |
| · Fuel Expense | 4,140.62 |
| · Delivery | 30.00 |
| · Inspection Fees | 30.00 |
| · Insurance | |
|    · Health Insurance | 17,334.50 |
|    · Insurance - Other | 2,920.56 |
| Total Insurance | 20,255.06 |
| | |
| · Interest Expense | |
|    · Reserve Interest Expense Doral | 53,389.05 |
|    · Reserve Interest Expense Popular | 3,389.05 |
| Total Interest Expense | 56,778.10 |
| | |
| · Late Charge | 150.00 |
| · Licenses and Permits | 1,466.00 |
| · Marketing & Advertising | 400.00 |
| · Office Expenses | |
|    · Office Supplies | 964.07 |
|    · Comunications | 12,626.72 |
| Total Office Expenses | 13,590.79 |
| | |
| · Payroll Expenses | |
|    · FICA Exp | 7,570.20 |
|    · Federal Unemployment | 289.49 |
|    · Payroll Expenses - Other | 3,250.95 |
| Total Payroll Expenses | 11,110.64 |
| | |
| · Professional Fees | |
|    · Accounting | 835.00 |
|    · Legal Fees | 1,386.00 |
|    · Management Fees | 11,000.00 |
|    · Professional Fees - Other | 545.00 |
| Total Professional Fees | 13,766.00 |
| | |
| · Contract Labor | 8,024.50 |
| · Rent office and shop | 25,914.00 |
| · Repairs and Maintenance | 13,565.38 |
| · Salaries Expense | 98,956.83 |
| · Security | 15,958.04 |
| · Taxes | |
|    · Municipal Tax | 5,183.82 |
| Total Taxes | 5,183.82 |

|  |  |
|---|---:|
| · Telephone | 6,913.01 |
| · Transportation | 1,408.29 |
| · Travel & Ent | 369.00 |
| · Utilities | 49,438.34 |
| **Total Expense** | 391,666.80 |
|  |  |
| **Net Ordinary Income** | 71,663.76 |
|  |  |
| **Other Income/Expense** |  |
| Other Income |  |
| · Other Income | 200.00 |
| Total Other Income | 200.00 |
|  |  |
| **Net Other Income** | 200.00 |
|  |  |
| **Net Income** | 71,863.76 |

# People's Petroleum Group, Inc.
# Profit & Loss
### January through December 2008

**Ordinary Income/Expense**
    **Income**
        · Sales

| | |
|---|---:|
| · Soda Sales | 28,264.00 |
| · Milk and Juices Sales | 21,022.61 |
| · Cigarretes Sales | 104,602.02 |
| · Grocery Sales | 124,175.74 |
| · Gasoline Sales | 8,277,440.80 |
| · House's Products Sales | 2,166.12 |
| · Auto's Products Sales | 15,211.06 |
| · Non Food Sales | 3,345.84 |
| · Licor Sales | 26,237.63 |
| · Coffee Sales | 611.43 |
| · Prepaid Cards Sales | 1,282.89 |
| · Miscellaneous | 1,618.97 |
| **Total Sales** | **8,605,979.11** |
| | |
| **Total Income** | **8,605,979.11** |

**Cost of Goods Sold**
    · Purchases

| | |
|---|---:|
| · Soda Purchases | 23,891.51 |
| · Milk and Juices Purchases | 14,143.67 |
| · Cigarretes Purchases | 81,170.97 |
| · Grocery Purchases | 56,007.41 |
| · Gasoline Purchases | 7,934,084.90 |
| · House's Products Purchases | 911.91 |
| · Auto's Products Purchases | 6,284.15 |
| · Non Food Purchases | 2,011.77 |
| · Licor Purchases | 23,127.46 |
| · Coffee Purchases | 141.85 |
| · Prepaid Charges | 872.95 |
| **Total Purchases** | **8,142,648.55** |
| | |
| **Total COGS** | **8,142,648.55** |
| | |
| **Gross Profit** | **463,330.56** |

**Expense**

| | |
|---|---:|
| · Bank Service Charges | 6,873.16 |
| · Charges - ATH | 11,604.43 |
| · Charges - Visa | 9,798.75 |
| · Charges - Amex | 0.65 |
| · Charitable Contributions | 270.00 |
| · Dues and Subscriptions | 922.85 |

# People's Petroleum Group, Inc.
## Balance Sheet
### As of December 31, 2008

**ASSETS**

    Current Assets

        Checking/Savings

| | |
|---|---:|
| · Cash on Hand | 23,090.39 |
| · Banco Popular 022-257349 | 535.55 |
| Total Checking/Savings | 23,625.94 |

        Property, Plant and Equipment

| | |
|---|---:|
| · Property | 2,266,915.01 |
| | 0.00 |
| Total property, plant and equipment | 2,266,915.01 |
| | 0.00 |
| | 0.00 |

        Other Current Assets

            · Inventory Asset

| | |
|---|---:|
| · Soda Inventory | 7,511.35 |
| · Cigarretes Inventory | 1,481.45 |
| · Gasoline Inventory | 13,561.89 |
| · Auto's Products Inventory | 93.32 |
| · Non Food Inventory | 825.66 |
| · Licor Inventory | 325.41 |
| Total Inventory Asset | 23,799.08 |
| Total Other Current Assets | 23,799.08 |
| **Total Current Assets** | **47,425.02** |

    Other Assets

| | |
|---|---:|
| · Deferred Charges | 1,700.00 |
| · Equipment | 6,945.00 |
| · Machinery and Equipment | 29,000.00 |
| Total Other Assets | 37,645.00 |

**TOTAL ASSETS**                                                      **2,351,985.03**

**LIABILITIES & EQUITY**

# People's Petroleum Group, Inc.
# Balance Sheet
## As of December 31, 2008

| | |
|---|---:|
| **Liabilities** | |
|   **Current Liabilities** | |
|     **Accounts Payable** | |
|       · Accounts Payable | 9,200.51 |
|       Account Payable Doral | 1,967,725.12 |
|     **Total Accounts Payable** | 1,976,925.63 |
| | |
|     **Other Current Liabilities** | |
|       · FlexiLinea 131-295365 | 50,000.00 |
|       · Due to Refineries | 84,900.00 |
|       · Linea Doral | 135,000.00 |
|       · Payroll Liabilities | |
|         · FICA Payable | 3,785.10 |
|         · Income Tax Payable | 1,090.36 |
|         · Medical Plan Payable | 0.90 |
|       **Total Payroll Liabilities** | 4,876.36 |
| | |
|       · Sales Tax Payable | |
|         · City Tax | 1,366.37 |
|         · IVU Tax | 4,754.12 |
|         · Sales Tax Payable - Other | 34.52 |
|       **Total Sales Tax Payable** | 6,155.01 |
| | |
|     **Total Other Current Liabilities** | 280,931.37 |
| | |
|   **Total Current Liabilities** | 2,257,857.00 |
| | |
| **Total Liabilities** | 2,257,857.00 |
| | |
| **Equity** | |
|   · Opening Bal Equity | 22,264.27 |
|   · Net Income | 71,863.76 |
| **Total Equity** | 94,128.03 |
| | |
| **TOTAL LIABILITIES & EQUITY** | 2,351,985.03 |

# People's Petroleum Group, Inc.
## Profit & Loss

|  | Ene 2010 estimated |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| **4000 · Sales** | |
| 4005 · Tablets Sales | 79.91 |
| 4010 · Soda Sales | 1,880.27 |
| 4015 · Milk and Juices Sales | 1,313.67 |
| 4020 · Cigarettes Sales | 9,706.34 |
| 4025 · Grocery Sales | 5,677.00 |
| 4030 · Gasoline Sales | 435,629.90 |
| 4035 · House's Products Sales | 55.30 |
| 4040 · Auto's Products Sales | 146.98 |
| 4050 · Non Food Sales | 354.08 |
| 4060 · Liquor Sales | 1,795.97 |
| 4092 · Miscellaneous | 7.38 |
| **Total 4000 · Sales** | 456,646.80 |
| | |
| **Total Income** | 456,646.80 |
| | |
| **Cost of Goods Sold** | |
| 5000 · Cost of Goods Sold | 0.00 |
| **5100 · Purchases** | |
| 5110 · Soda Purchases | 760.70 |
| 5115 · Milk and Juices Purchases | 1,956.74 |
| 5120 · Cigarettes Purchases | 7,186.64 |
| 5125 · Grocery Purchases | 2,023.64 |
| 5130 · Gasoline Purchases | 416,431.60 |
| 5140 · Auto's Products Purchases | 12.00 |
| 5150 · Non Food Purchases | 28.60 |
| 5160 · Liquor Purchases | 1,313.03 |
| **Total 5100 · Purchases** | 429,713.35 |
| | |
| **Total COGS** | 429,713.35 |
| | |
| **Gross Profit** | 26,933.45 |
| | |
| **Expense** | |
| Management fees | 7,500.00 |
| payroll | 7,576.00 |
| m&r | 157.40 |
| 6176 · Fuel Expense | 350.00 |
| 6180 payroll accountant | 1,700.00 |
| 6189 · Dental Insurance | 674.00 |
| **Total 6180 · Insurance** | 17,957.40 |
| | |
| 6245 · Miscellaneous | 67.80 |
| 6300 · Office Expenses | |

## People's Petroleum Group, Inc.
## Profit & Loss

|  | Ene2010 |
|---|---:|
| 6340 · Office Supplies | 65.00 |
| 6370 · Communications | 233.51 |
| Total 6300 · Office Expenses | 366.31 |
| 6610 · Repairs and Maintenance | 1,675.00 |
| 6700 transportation | 105.00 |
| 6900 · Utilities | 3,514.31 |
| **Total Expense** | 23,618.02 |
| **Net Ordinary Income** | 3,315.43 |
| **Net Income** | 3,315.43 |